UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

JEROME FRANKLIN                                                                               PLAINTIFF

v.                                                                    CIVIL ACTION NO. 4:12-CV-P6-M

MARK CURRY et al.                                                                          DEFENDANTS

### MEMORANDUM OPINION

Plaintiff initiated this civil action under 42 U.S.C. § 1983.  Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims.  *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent a deficiency notice to Plaintiff on January 10, 2012, at the Muhlenberg County Detention Center.  That mailing was not returned by the United States Postal Service.  However, on January 18, 2012, the Court received a change of address from Plaintiff stating that his address was no longer the Muhlenberg County Detention Center but the Hopkins County Jail.  The Court re-mailed the deficiency notice to Plaintiff at the Hopkins County Jail.  That mail has been returned by the U.S. Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward."  Plaintiff has not advised the Court of another change of address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff.  In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R. Co.*, 370 U.S. 626,

630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:


cc: Plaintiff, *pro se*
4414.009